**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | 1:20-mj-166-TAB | |
| ) | | |
| ) | | |
| DONTE SWINTON, ) | | |
| Defendant. ) | | |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Dominic D. Martin, Indiana Federal Community Defenders, Inc., as counsel for the Defendant.

Dated: October 28, 2020

*Dominic D. Martin*
Dominic D. Martin
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **October 28, 2020**, a copy of the foregoing **Appearance** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*Dominic D. Martin*
Dominic D. Martin