UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:20-cr-314-JMS-TAB |
| DONTE SWINTON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE
### 18 U.S.C. § 922(g)(9)
### [Possession of a Firearm After Having Been Convicted of a Misdemeanor Domestic Violence Offense]

The Grand Jury charges that:

On or about February 5, 2020, in the Southern District of Indiana, Indianapolis Division, the defendant, DONTE SWINTON, after knowing that he had been convicted of a misdemeanor crime of domestic violence, to wit: Domestic Battery by Bodily Waste, Indiana Criminal Code Section 35-42-1-1.3(a)(2), in Marion County, Indiana, under cause number 49G03-1704-F5-015106, on or about May 12, 2017, did knowingly possess in and affecting interstate commerce a firearm, that is, an Anderson Manufacturing 5.56 semi-automatic pistol;

All in violation of Title 18, United States Code, Section 922(g)(9).

### FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to: an Anderson Manufacturing 5.56 semi-automatic pistol, and all ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: Jayson W. McGrath
Assistant United States Attorney