IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 314 |
| | ) | Chief Judge Jane Magnus-Stinson |
| DONTE SWINTON, | ) | |
| Defendant. | ) | |

## ORDER

On Defendant Donte Swinton's Motion to Substitute Counsel:

1. Dominic D. Martin is given leave to withdraw as counsel of record.

2. Joshua B. Adams is given leave to file his appearance as lead counsel.

SO ORDERED.

Date: 2/10/2021

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

1